## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Richards v. New York City Health and Hospitals        Docket No.: 23-8033

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Melanie Tharamangalam West

Firm: New York City Law Department

Address: 100 Church Street, New York, NY 10007

Telephone: 212-356-0842        Fax:

E-mail: mwest@law.nyc.gov

Appearance for: New York City Health and Hospitals/Defendants-Appellees
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Lorenzo Di Silvio/ New York City Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 1, 2021        OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Melanie T. West

Type or Print Name: Melanie T. West

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Richards

v.

New York City Health and Hospitals Corporation

**CERTIFICATE OF SERVICE***

Docket Number: 23-8033

I, Melanie T. West , hereby certify under penalty of perjury that
(print name)

on February 13, 2025 , I served a copy of Notice of Appearance
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery      X United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Alroy Richards | 179 Elm Street | Valley Stream | NY | 11580 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

2/13/2025                                           /s/ Melanie T. West
Today's Date                                        Signature

Certificate of Service Form (Last Revised 12/2015)