UNITED STATES' DISTRICT COURT

COURT OF APPEALS, Second Circuit - New York

'WITHOUT PREJUDICE'

Case #23-8033

ALROY RICHARDS
        *Petitioner-Appellant*
vs.
NYC HEALTH & HOSPITALS CORPORATION
**ATTN**: Corporation Counsel
        *Respondents-Defendants*

NYC **ADMINISTRATIVE CODE**
Article 15, **Title 8**, s/s **8-107 (5)(a)(3)**, and s/s 8-107 (a)(2) Sourced, By The Petitioner-Appellant

---

In furtherance of anticipations for Oral Arguments, if required, and when due, the Petitioner-Appellant, Pro-Se, hereby give the Respondents **Fair Notice**, and adequate time, as per usual, to consider these additional information (Oral Arguments). This honourable Court, will find, that these details will, and may be relevant, for this material case, before this Court. Proving further, the Respondents' culpabilities, in the Litigations. Therefore, and fervently, the Respondents are being informed, that:

I, **Alroy Richards**, *Petitioner-Appellant* (*Pro-Se*), herein, further state, and say:

(1) Under **NYC Administrative Code**, Article 15, **Title 8**, s/s **8-107 (5)(a)(3)**, the Respondents are Liable for **Damages**, with respect to the Petitioner-Appellant. Quoting – *"It is illegal, for any **Employment Discrimination**, to take place, against an individual (or, individuals), whom qualifies for **Protected Status**, prohibiting any **Breaches**, in TERMS and the CONDITIONS, OF the EMPLOYMENT"* (paraphrasing). End of quote. There were so many **Breaches**, as truths remain **unchallenged, irrefutable**, and **undeniably factual**, that the Respondents are unable to persuade, otherwise. These include, but which are not limited to:

    (i) **Non-production of Employment Contracts**, to date (critical), despite **verbal, written requests**, by the Petitioner-Appellant, from the Employment level, NYSDHR level, as well as in the Lower Court.

    (ii) Respondents' agents, and high level Management, of the NYCHHC, being aware of the **characteristics**, of the Petitioner-Appellant, whom, Records show, **made formal Complaints** at ALL NYCHHC levels. Also included **extensive writings**, to the NYCHHC Corporate, which include President, Vice-Presidents, like, Human Resources, Legal,

1



Finance (Head of Department), Diversity, and Inclusiveness, and to the C.E.O., of Coney Island Hospital, and that local level Directors, ALL – every personnel, by names, positions, and dates written to, inter alia. These Officials, of the Respondents, were/are **aware** of **previous unrelated matters, against** the **City of New York, filed by** the **Litigant**. Proven, and, own **volitions, of the Respondents** (Records). Reports by the Petitioner-Appellant, were done **on time, in time, as events happened,** say hours, even to end, of shift, or say a day afterwards, unlike innuendos of the agents of the Respondents, in their reports, to this Court.

Protected Characteristics, further, included, but not limited to: **race, colour, nationality, Immigration Status, gender**, and whom had **participated in Investigations**, against these, and other agents, of the Respondents. These agents doled out **harassments, Mental Anguish**, and **Hostile Work Environment, Retaliating** against the Petitioner-Appellant, but which were not restricted to these processes.

(iii) NYCHHC **Illegally removing** the **Petitioner-Appellant, from** his **core functions**, of Hospital Care Investigator (**H.C.I.**), i.e., **Contractual Functions, without Notice, no discussions, no permissions** from the Litigant, **no Union's involvement**. This was on a long term bases, almost for **nearly ¾ of the time worked** then, **at NYCHHC**, tenure being **08/20/2018-08/19/2020**, or **two (2) years**. Throughout, Petitioner-Appellant **asked to be returned to those Contracted Duties** (Records), **but never done** by the agents of the NYCHHC.

Interestingly, **no other similarly placed employees** (Records, by name, etc.), in **same position, same floor, same Department, same duties, employed same day as Litigant, or shortly after, were ever removed from core functions, and placed in much lower job capacities**. Records.

(iv) NYCHHC **Illegally removing** the **Petitioner-Appellant, from core Computer, job related functions**, of Hospital Care Investigator (**H.C.I.**), i.e. **Contractual Functions, without Notice, no discussions, no permissions** from the Litigant, **no Union's involvement**. All other points, as in ...(iii), applies. Records. Every other preceding point applies. These **computer programmes**, and **Insurance programmes, ARE A MUST**, in order for the Petitioner-Appellant, to execute his daily job, of a H.C.I. **Functions never returned,** despite **many requests,** in **Meetings**, and **formal requests (written)**. Records.

(v) Required **Performance Appraisals** Contracts, **not met, by** the **NYCHHC**, despite insistences, by the Litigant, regarding the NYCHHC Contractual Commitments. Records. These Performance Appraisals, were due for: **02/19/2019, 08/19/2019**, and, **08/19/2020**. Never done, by the NYCHHC. Even against their own **Policies**, and **Mandates**, and **Employees' Manual**.

(vi) Abrupt **Termination**, of the Petitioner-Appellant, on **08/19/2020**, under **guises**, and **ruses**, and the **brash treatments** before, on that day, and during issuance of the said



Termination Letter. Retaliation. Records. Excepting for a **black Jamaican female** (named), whom had Green Card, like the Litigant, unlike the other situationally placed employees, **NO OTHER** situationally placed employees, **were Terminated**, neither treated same worst ways, as the Litigant. Facts. See the comparisons (Records). Those (ALL OTHER) similarly positioned employees, **retained employment, to date** (**2025, from 08/2020**), of course, apart from the other female Jamaican, Greencard holder, in the above, and the Records, throughout.

(vii) Respondents breached their **Agreed Processes**, as existed (Records), these Records being maliciously omitted, by the Respondents, and which remain unsubmitted, despite many requests, by the Petitioner-Appellant. Human Resources: **employ**, **set Terms and Conditions of Employment**, **compensate**, are **Grievance Procedures** experts, and, yes, do **Terminate**, which is what they were interested in, only (LATTER), **With Prejudice**, and breaching, **Discriminatory Animus**, and exhibiting **Disparate Impact**, ultimately. Undeniable.

(viii) Matters above, are not limited to these.

(2) **NYC Administrative Code**, Article 15, **Title 8**, s/s **8-107 (a)(2)**. Simply put, quoting, *"Refuses to hire, employ, or to bar, or Terminate (Discharge), from Employment"*, as a result of said Protected Status. Applicable, against the Respondents, in the Litigant's favour, with **Preponderance of Evidences**, inter alia.

Dated: 4th day of April 2025.
County of Nassau, N.Y.

_____
**ALROY RICHARDS**
*Petitioner-Appellant, Pro-Se*

TO: ✓ Senior Hon. Justices Or Senior Clerk of the Courts
U.S. District Courts
Courts of Appeals, Second Circuit
40 Foley Square
New York, N.Y. 10007

COPIED: ALL RESPONDENTS c/o Corporation Counsel
NYC Law Department
100 Church Street
New York, N.Y. 10007, **ATTN**: Ms. **MELANIE WEST**, *Assistant Corporation Counsel* (Supervising), or *Her Nominee*, Email: mwest@law.nyc.gov
Or Mr. **JAMISON DAVIES**, *Assistant Corporation Counsel*, Email: jdavies@law.nyc.gov
Plus, ServiceECF@law.nyc.gov

3

UNITED STATES' DISTRICT COURTS - COURTS OF APPEALS
SECOND CIRCUIT, New York

---

ALROY RICHARDS
          *Petitioner-Appellant*

vs.
                              **Index#: 23-8033**

NEW YORK CITY HEALTH & HOSPITALS CORPORATION
<u>ATTN</u>: Corporation Counsel
          *Respondents – Respondents*        **AFFIDAVIT OF SERVICE**

---

I, Alroy Richards, Petitioner-Appellant, being a person over the age of 18 years, and living in the State of New York, hereby certify that I have served a true and correct copy of the documents, from <u>Petitioner-Appellant</u>, **SERVED** on **04/04/2025**, by <u>U.S.P.S. Mail</u> (and, courtesy copies, by Email):

<u>LETTER</u>, **04/04/2025**, from (sourced by) Petitioner-Appellant, compiled **04/04/2025**, to Corporation Counsel. Relative to **NYC Administrative Code**, Article 15, **Title 8**, s/s **8-107 (5)(a)(3)**, and s/s **8-107 (a)(2)**.

<u>Service</u> were being done through <u>U.S.P.S.</u> <u>Mail</u>, plus sent by respective <u>Email</u>, as courtesy, to the Counsels, and addresses noted below:

RESPONDENTS – NYC HEALTH and HOSPITALS CORPORATION, c/o NYC Law Department, **ATTN**: Corporation Counsel
100 Church Street
New York, N.Y. 10007
**ATTN**: <u>Ms. MELANIE WEST</u>, *Assistant Corporation Counsel* (Supervising)
**Email**: <u>mwest@law.nyc.gov</u> Or Her Nominee & to Mr. <u>Jamison Davies</u>, *Assistant Corporation Counsel*, <u>Email:</u> jdavies@law.nyc.gov , plus, to <u>ServiceECF@law.nyc.gov</u>.

Dated: Nassau County, N.Y.
     4th day of April 2025.

                                                                _____
                                                                 **ALROY RICHARDS**
                                                                 *Petitioner-Appellant, Pro-Se*